# Court of Appeals
## Tenth Appellate District of Texas

10-26-00224-CV

Marcelito Militante,
Appellant

v.

CitiBank N.A.,
Appellee

On appeal from the
Precinct 2, Place 1 of Walker County, Texas
Judge Stephen P. Cole, presiding
Trial Court Cause No. 4DC25-1532

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant filed a notice of appeal directly with this Court, complaining of a judgment of the justice court in a debt collection case. By letter from the Clerk of this Court dated June 9, 2026, Appellant was notified that this appeal is subject to dismissal for want of jurisdiction because this Court does not have jurisdiction of direct appeals from the justice court. Appellant was directed to file a response with this Court showing grounds for continuing the appeal.

Appellant filed a response to the Clerk's letter, but his response does not give this Court any basis to assert jurisdiction over this proceeding. Accordingly, this appeal is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). Appellant's Motion for Stay of Enforcement Pending Appeal is dismissed as moot.

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: Thursday, July 2, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed
Motion dismissed
CV06

